UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REBEKAH A. MODZIANOWSKI,

    Plaintiff,

v.                                                       Case No: 5:17-cv-4-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

THIS CAUSE concerns Plaintiff Rebekah A. Modzianowski's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Supplemental Security Income ("SSI") after proceedings before an Administrative Law Judge ("ALJ").[1] On January 18, 2018, the United States Magistrate Judge issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 24), to which Modzianowski filed objections (Doc. 25) and the Commissioner filed a response (Doc. 26).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Modzianowski's disability claims. After *de novo* review of the portions of the Report and Recommendation to which Modzianowski objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 15.)

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on this ___29___ day of February, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record